**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 20-41031-MXM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | Date Filed (f) or Converted (c): | 03/06/2020 (f) |
| For the Period Ending: | 7/17/2024 | §341(a) Meeting Date: | 05/05/2020 |
| | | Claims Bar Date: | 11/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  JP Morgan Chase checking account 3876 | $494.25 | $494.25 | | $9,523.16 | FA |
| 2  JP Morgan Chase savings account 3850 | $97.39 | $97.39 | | $0.00 | FA |
| 3  N2B2 Properties, LLC (warehouse security deposit) | $850.00 | $0.00 | | $0.00 | FA |
| 4  Hodge & Hughs, LLC (Office security deposit) | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  N2B2 | $850.00 | $0.00 | | $0.00 | FA |
| 6  CNA Insurance (Inland Marine Policy eff 11/1/19, down payment + 1st installment) | $16,076.00 | $0.00 | | $0.00 | FA |
| 7  Field Nation (Staff augment services) | $115.35 | $0.00 | | $0.00 | FA |
| 8  Swingle Collins (Inland Marine Excess Policy eff. 11/15/19) (u) | $2,102.20 | $0.00 | | $3,955.38 | FA |
| 9  Accounts Receivable 90 days old or less | $316,941.20 | $16,000.00 | | $16,000.00 | FA |
| 10  Accounts Receivable over 90 days old | $6,106.56 | $1,000.00 | | $1,495.00 | FA |
| 11  Flower Mound Office-Two table and chair set, coat rack, and two desks with hutch and chairs, two file cabinets, lamps, round table, storage cabinet, and wire rack | $1,214.00 | $0.00 | | $0.00 | FA |
| 12  CyrusOne Allen Office-• 1 half table bolted to the wall - $20 • 1 Desk & return – est value $235 • 1 old 42" TV – est value $50 • 2 chairs broken hydraulics - $0 est value | $305.00 | $0.00 | | $0.00 | FA |
| 13  CyrusOne Carrollton Office-• Small Table ($30"x72" oval) – est value $50 • Misc. Office Supplies, $0 est value • 2 Storage Cabinets a client threw away, $0 est value • 4 chairs, old & broken, $0 est value • 42" monitor, old, $0 est value | $50.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 2

| Case No.: | 20-41031-MXM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | Date Filed (f) or Converted (c): | 03/06/2020 (f) |
| For the Period Ending: | 7/17/2024 | §341(a) Meeting Date: | 05/05/2020 |
| | | Claims Bar Date: | 11/27/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | CyrusOne Carrollton Office-• Dorm size fridge – est value $25 • HP printer, consumer grade, ~$100 new, $0 est value • Panduit Label Printer, $300 est value • Misc. Office Supplies, $0 est value • Labels for Panduit Printer, $300 per box new, x12 boxes, $1,800 est value for all 12 boxes combined | $2,125.00 | $0.00 | | $0.00 | FA |
| 15 | CyrusOne Carrollton Office-• Fluke Fiber Tester, est. value $5,000 | $5,000.00 | $0.00 | | $0.00 | FA |
| 16 | Desktop computer, two laptops, printer (Ricoh SPC320 DN), shredder, and two telephones (Polycom) | $580.00 | $0.00 | | $0.00 | FA |
| 17 | Conference Phone – 1 at 2904 Corporate Circle, Flower Mound – est value $50 • 4-Line Phones – 2 at 2904 Corporate Circle, Flower Mound – est total value $30 • three 1-Line Phones , CyrusOne Carrollton, CyrusOne Allen - $60 | $140.00 | $0.00 | | $0.00 | FA |
| 18 | Krum site-several pallets of construction scrap, short lengths of copper wire, etc.-very little value | Unknown | $0.00 | | $0.00 | FA |
| 19 | three generators | $1,500.00 | $0.00 | | $0.00 | FA |
| 20 | Three sets of tools that include hand tools, several cordless power tools (drill, saw), work gloves, hard hat, safety glasses, & a tool box. | $2,000.00 | $0.00 | | $0.00 | FA |
| 21 | Large storage box for pickup truck bed | $200.00 | $0.00 | | $0.00 | FA |
| 22 | Large floor fan | $100.00 | $0.00 | | $0.00 | FA |
| 23 | 2013 Freightliner M2 / With 2013 Altec TS41M, 41' trailer, VIN 1FVACXDTXDHBZ7394 Owner-online | $40,464.00 | $0.00 | | $0.00 | FA |
| 24 | 2013 Freightliner M2 / With 2013 Altec TA41M, 41' trailer, VIN 1FVACXDT3DHBZ7396 Owner-online | $40,464.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 20-41031-MXM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | Date Filed (f) or Converted (c): | 03/06/2020 (f) |
| For the Period Ending: | 7/17/2024 | §341(a) Meeting Date: | 05/05/2020 |
| | | Claims Bar Date: | 11/27/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25 | 2003 International 7400 / With 2000 Telelect 7000, 60' trailer, VIN 1HTWJADT93J060720 Owner-online | $35,406.00 | $0.00 | | $0.00 | FA |
| 26 | 2904 Corporate Circle, Flower Mound, Denton, TX 75028 Leaseholdexpired 02/29/2020 | Unknown | $0.00 | | $0.00 | FA |
| 27 | 15076 US Hwy 380 W. Krum, TX 76249 Leasehold-expire 10/31/20 in default | Unknown | $0.00 | | $0.00 | FA |
| 28 | 1649 West Frankford Rd. Carrollton, TX 75007 Leaseholdexpired | Unknown | $0.00 | | $0.00 | FA |
| 29 | 2300 Chelsea Blvd. Allen, TX 75013 Leasehold-expires 03/31/2021 in default | Unknown | $0.00 | | $0.00 | FA |
| 30 | PTI name trademark and logo trademark Market | Unknown | $0.00 | | $0.00 | FA |
| 31 | Website: www.pinebreeze.com Market | $0.00 | $0.00 | | $0.00 | FA |
| 32 | American Express Refund (u) | $1,373.00 | $1,373.00 | | $9,373.00 | FA |
| 33 | VOID | $0.00 | $0.00 | | $0.00 | FA |

Asset Notes:   Entered in error for Reimbursement for annual bond premium

**TOTALS (Excluding unknown value)**

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $475,553.95 | $18,964.64 | | $40,346.54 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/15/2024 | Fee applications are in the review process. |
| 07/04/2024 | Trustee's counsel and accountant are preparing their final fee applications. |
| 12/18/2023 | Trustee's counsel is completing his review of all Claims and expects to file possible Claim Objections within 30-days. Expected TFR by March 31, 2024. |
| 06/29/2023 | There are several priority claims and one large secured claim.  Trustee and his counsel are reviewing the above claims. |
| 02/08/2023 | Trustee's counsel completing claims review. |
| 08/09/2022 | Trustee's counsel is settling preference adversary. |
| 07/27/2022 | Trustee's counsel is still handling claim against American Express. |
| 03/21/2022 | Trustee counsel is pursuing adversarial claims against American Express. |
| 07/30/2021 | Trustee filed Motion to Sell A/R on 05/20/2021.  Trustee needs to complete claims review and file estate tax returns. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4

| Case No.: | 20-41031-MXM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | Date Filed (f) or Converted (c): | 03/06/2020 (f) |
| For the Period Ending: | 7/17/2024 | §341(a) Meeting Date: | 05/05/2020 |
| | | Claims Bar Date: | 11/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/29/2021
- Finalize review of accounts receivable
- Claims review
- Tax returns
- Fee applications

| Initial Projected Date Of Final Report (TFR): | 08/01/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2024 | /s/ RODDRICK B. NEWHOUSE |
|---|---|---|---|---|
| | | | | RODDRICK B. NEWHOUSE |