INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 20-41031 | | | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | | | Date Filed (f) or Converted (c): | 03/06/2020 (f) |
| For the Period Ending: | 01/08/2025 | | | §341(a) Meeting Date: | 05/05/2020 |
| | | | | Claims Bar Date: | 11/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  JP Morgan Chase checking account 3876 | $494.25 | $494.25 | | $9,523.16 | FA |
| 2  JP Morgan Chase savings account 3850 | $97.39 | $97.39 | | $0.00 | FA |
| 3  N2B2 Properties, LLC (warehouse security deposit) | $850.00 | $0.00 | | $0.00 | FA |
| 4  Hodge & Hughs, LLC (Office security deposit) | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  N2B2 | $850.00 | $0.00 | | $0.00 | FA |
| 6  CNA Insurance (Inland Marine Policy eff 11/1/19, down payment + 1st installment) | $16,076.00 | $0.00 | | $0.00 | FA |
| 7  Field Nation (Staff augment services) | $115.35 | $0.00 | | $0.00 | FA |
| 8  Swingle Collins (Inland Marine Excess Policy eff. 11/15/19) (u) | $2,102.20 | $0.00 | | $3,955.38 | FA |
| 9  Accounts Receivable 90 days old or less | $316,941.20 | $16,000.00 | | $16,000.00 | FA |
| 10 Accounts Receivable over 90 days old | $6,106.56 | $1,000.00 | | $1,495.00 | FA |
| 11 Flower Mound Office-Two table and chair set, coat rack, and two desks with hutch and chairs,two file cabinets, lamps, round table, storage cabinet, and wire rack | $1,214.00 | $0.00 | | $0.00 | FA |
| 12 CyrusOne Allen Office-• 1 half table bolted to the wall - $20 • 1 Desk & return – est value $235 • 1 old 42" TV – est value $50 • 2 chairs broken hydraulics - $0 est value | $305.00 | $0.00 | | $0.00 | FA |
| 13 CyrusOne Carrollton Office-• Small Table ($30"x72" oval) – est value $50 • Misc. Office Supplies, $0 est value • 2 Storage Cabinets a client threw away, $0 est value • 4 chairs, old & broken, $0 est value • 42" monitor, old, $0 est value | $50.00 | $0.00 | | $0.00 | FA |
| 14 CyrusOne Carrollton Office-• Dorm size fridge – est value $25 • HP printer, consumer grade, ~ $100 new, $0 est value • Panduit Label Printer, $300 est value • Misc. Office Supplies, $0 est value • Labels for Panduit Printer, $300 per box new, x12 boxes, $1,800 est value for all 12 boxes combined | $2,125.00 | $0.00 | | $0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 20-41031 | | | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | | | Date Filed (f) or Converted (c): | 03/06/2020 (f) |
| For the Period Ending: | 01/08/2025 | | | §341(a) Meeting Date: | 05/05/2020 |
| | | | | Claims Bar Date: | 11/27/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | CyrusOne Carrollton Office-• Fluke Fiber Tester, est. value $5,000 | $5,000.00 | $0.00 | | $0.00 | FA |
| 16 | Desktop computer, two laptops, printer (Ricoh SPC320 DN), shredder, and two telephones (Polycom) | $580.00 | $0.00 | | $0.00 | FA |
| 17 | Conference Phone – 1 at 2904 Corporate Circle, Flower Mound – est value $50 • 4-Line Phones – 2 at 2904 Corporate Circle, Flower Mound – est total value $30 • three 1-Line Phones , CyrusOne Carrollton, CyrusOne Allen - $60 | $140.00 | $0.00 | | $0.00 | FA |
| 18 | Krum site-several pallets of construction scrap, short lengths of copper wire, etc.-very little value | Unknown | $0.00 | | $0.00 | FA |
| 19 | three generators | $1,500.00 | $0.00 | | $0.00 | FA |
| 20 | Three sets of tools that include hand tools, several cordless power tools (drill, saw), work gloves, hard hat, safety glasses, & a tool box. | $2,000.00 | $0.00 | | $0.00 | FA |
| 21 | Large storage box for pickup truck bed | $200.00 | $0.00 | | $0.00 | FA |
| 22 | Large floor fan | $100.00 | $0.00 | | $0.00 | FA |
| 23 | 2013 Freightliner M2 / With 2013 Altec TS41M, 41' trailer, VIN 1FVACXDTXDHBZ7394 Owner-online | $40,464.00 | $0.00 | | $0.00 | FA |
| 24 | 2013 Freightliner M2 / With 2013 Altec TA41M, 41' trailer, VIN 1FVACXDT3DHBZ7396 Owner-online | $40,464.00 | $0.00 | | $0.00 | FA |
| 25 | 2003 International 7400 / With 2000 Telelect 7000, 60' trailer, VIN 1HTWJADT93J060720 Owner-online | $35,406.00 | $0.00 | | $0.00 | FA |
| 26 | 2904 Corporate Circle, Flower Mound, Denton, TX 75028 Leaseholdexpired 02/29/2020 | Unknown | $0.00 | | $0.00 | FA |
| 27 | 15076 US Hwy 380 W. Krum, TX 76249 Leasehold-expire 10/31/20 in default | Unknown | $0.00 | | $0.00 | FA |
| 28 | 1649 West Frankford Rd. Carrollton, TX 75007 Leaseholdexpired | Unknown | $0.00 | | $0.00 | FA |
| 29 | 2300 Chelsea Blvd. Allen, TX 75013 Leasehold-expires 03/31/2021 in default | Unknown | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 20-41031 | | | Trustee Name: | Roddrick B. Newhouse |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Pinebreeze Technologies Inc. | | | Date Filed (f) or Converted (c): | 03/06/2020 (f) |
| For the Period Ending: | 01/08/2025 | | | §341(a) Meeting Date: | 05/05/2020 |
| | | | | Claims Bar Date: | 11/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30  PTI name trademark and logo trademark Market | Unknown | $0.00 | | $0.00 | FA |
| 31  Website: www.pinebreeze.com Market | $0.00 | $0.00 | | $0.00 | FA |
| 32  American Express Refund             (u) | $1,373.00 | $1,373.00 | | $9,373.00 | FA |
| 33  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Entered in error for Reimbursement for annual bond premium | | | | | |
| 34  Repayment for pro-rated Trustee bond | $0.00 | $0.00 | | $0.00 | $0.00 |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| | $475,553.95 | $18,964.64 | | $40,346.54 | $0.00 |

**Major Activities affecting case closing:**

| | |
| --- | --- |
| 12/12/2024 | Numerous email exchanges with counsel. Awaiting one objection to claim. |
| 07/15/2024 | Before submitting the TFR, professional fee applications are in the review process. |
| 07/04/2024 | Trustee's counsel and accountant are preparing their final fee applications. |
| 12/18/2023 | Trustee's counsel is completing his review of all Claims and expects to file possible Claim Objections within 30-days. Expected TFR by March 31, 2024. |
| 06/29/2023 | There are several priority claims and one large secured claim.  Trustee and his counsel are reviewing the above claims. |
| 02/08/2023 | Trustee's counsel completing claims review. |
| 08/09/2022 | Trustee's counsel is settling preference adversary. |
| 07/27/2022 | Trustee's counsel is still handling claim against American Express. |
| 03/21/2022 | Trustee counsel is pursuing adversarial claims against American Express. |
| 07/30/2021 | Trustee filed Motion to Sell A/R on 05/20/2021.  Trustee needs to complete claims review and file estate tax returns. |
| 04/29/2021 | - Finalize review of accounts receivable |
| | - Claims review |
| | - Tax returns |
| | - Fee applications |

| Initial Projected Date Of Final Report (TFR): | 08/01/2021 | Current Projected Date Of Final Report (TFR): | 03/31/2025 | /s/ RODDRICK B. NEWHOUSE |
| --- | --- | --- | --- | --- |
| | | | | RODDRICK B. NEWHOUSE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 20-41031 | | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | | Bank Name: | Texas Capital Bank |
| Primary Taxpayer ID #: | **-***8749 | | Checking Acct #: | ******9176 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 03/06/2020 | | Blanket bond (per case limit): | $23,530,394.00 |
| For Period Ending: | 01/08/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/18/2020 | (10) | Integrity Networks, Inc. | Accounts Receivable over 90 days old | 1221-000 | $1,495.00 | | $1,495.00 |
| 07/23/2020 | | Veritex Community Bank | Transfer Funds | 9999-000 | | $1,495.00 | $0.00 |
| | | | **TOTALS:** | | $1,495.00 | $1,495.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,495.00 | |
| | | | **Subtotal** | | $1,495.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,495.00 | $0.00 | |

| For the period of 03/06/2020 to 01/08/2025 | | For the entire history of the account between 05/04/2020 to 1/8/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,495.00 | Total Compensable Receipts: | $1,495.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,495.00 | Total Comp/Non Comp Receipts: | $1,495.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,495.00 | Total Internal/Transfer Disbursements: | $1,495.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 20-41031 | | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8749 | | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 03/06/2020 | | Blanket bond (per case limit): | $23,530,394.00 |
| For Period Ending: | 01/08/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/23/2020 | | Texas Capital Bank | Transfer Funds | 9999-000 | $1,495.00 | | $1,495.00 |
| 07/28/2020 | (1) | JPMorgan Chase Bank, NA | Closing Business Checking Account | 1129-000 | $9,523.16 | | $11,018.16 |
| 07/28/2020 | (32) | AMEX | Refund from overpayment | 1290-000 | $15.00 | | $11,033.16 |
| 07/30/2020 | (32) | AMEX | Refund for overpayment | 1290-000 | $22.92 | | $11,056.08 |
| 07/30/2020 | (32) | AMEX | Refund for overpayment | 1290-000 | $1,312.16 | | $12,368.24 |
| 07/31/2020 | (32) | AMEX | Refund for overpayment (credit) | 1290-000 | $22.92 | | $12,391.16 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $20.64 | $12,370.52 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $18.67 | $12,351.85 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $19.93 | $12,331.92 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $19.90 | $12,312.02 |
| 02/03/2021 | 1001 | Swizznet | Pinebreeze Technologies, Inc. Past Due Balance Per Docket #26 (Order) | 2990-000 | | $311.80 | $12,000.22 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $17.73 | $11,982.49 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $19.33 | $11,963.16 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $19.92 | $11,943.24 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $18.02 | $11,925.22 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $18.62 | $11,906.60 |
| 07/05/2021 | (8) | Bank of America | Return of premium payments for insurance | 1290-000 | $3,955.38 | | $15,861.98 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $24.77 | $15,837.21 |
| 08/19/2021 | (9) | Green Lizard Holdings, LLC Series B | Auction payment from sale of A/R due to Pinebreeze | 1121-000 | $16,000.00 | | $31,837.21 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $35.55 | $31,801.66 |
| 09/20/2021 | (10) | Johnny W. Campbell | VOIDED - DEPOSITED INTO WRONG ESTATE | 1180-000 | $9,784.00 | | $41,585.66 |
| 09/21/2021 | (10) | Johnny W. Campbell | VOIDED - DEPOSITED INTO WRONG ESTATE | 1180-000 | ($9,784.00) | | $31,801.66 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $49.66 | $31,752.00 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $51.23 | $31,700.77 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $49.50 | $31,651.27 |
| | | | **SUBTOTALS** | | **$32,346.54** | **$695.27** | |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-41031 | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8749 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 03/06/2020 | Blanket bond (per case limit): | $23,530,394.00 |
| For Period Ending: | 01/08/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $51.07 | $31,600.20 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $50.99 | $31,549.21 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $45.98 | $31,503.23 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $50.83 | $31,452.40 |
| 03/31/2022 | 1002 | George Adams and Company INS. AGY. LLC | Pro-rata Bond Payment of Inv. No. 1509 for SNN4002251 - expires 04/01/23 | 2300-000 | | $13.63 | $31,438.77 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $50.74 | $31,388.03 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $49.01 | $31,339.02 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $48.94 | $31,290.08 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $50.49 | $31,239.59 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $50.41 | $31,189.18 |
| 09/29/2022 | (32) | American Express | Refund from American Express account | 1290-000 | $8,000.00 | | $39,189.18 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $53.61 | $39,135.57 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $59.07 | $39,076.50 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $61.02 | $39,015.48 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $62.95 | $38,952.53 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $62.85 | $38,889.68 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $56.68 | $38,833.00 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $66.70 | $38,766.30 |
| 04/13/2023 | 1003 | George Adams and Company INS. AGY. LLC | Policy Number SNN4002251 Ch7 Blanket Bond Northern/Eastern | 2300-000 | | $13.38 | $38,752.92 |
| 04/13/2023 | 1004 | George Adams and Company INS. AGY. LLC | Bond Payment | 2300-000 | | $13.38 | $38,739.54 |
| 04/13/2023 | 1005 | George Adams and Company INS. AGY. LLC | Bond Payment | 2300-000 | | $13.38 | $38,726.16 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $56.49 | $38,669.67 |
| | | | **SUBTOTALS** | | **$8,000.00** | **$981.60** | |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-41031 | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | Pinebreeze Technologies Inc. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8749 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 03/06/2020 | Blanket bond (per case limit): | $23,530,394.00 |
| For Period Ending: | 01/08/2025 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/03/2023 | 1003 | STOP PAYMENT: George Adams and Company INS. AGY. LLC | Policy Number SNN4002251 Ch7 Blanket Bond Northern/Eastern | 2300-004 |  | ($13.38) | $38,683.05 |
| 05/03/2023 | 1005 | STOP PAYMENT: George Adams and Company INS. AGY. LLC | Bond Payment | 2300-004 |  | ($13.38) | $38,696.43 |
| 05/31/2023 |  | Veritex Community Bank | Bank Service Fee | 2600-000 |  | $62.44 | $38,633.99 |
| 06/30/2023 |  | Veritex Community Bank | Bank Service Fee | 2600-000 |  | $64.35 | $38,569.64 |
| 07/31/2023 |  | Veritex Community Bank | Bank Service Fee | 2600-000 |  | $58.22 | $38,511.42 |
| 08/20/2023 |  | R Newhouse Trustee | Refund on Check# 1004 (Bond Payment) | 2300-002 |  | ($13.38) | $38,524.80 |
| 08/31/2023 |  | Veritex Community Bank | Bank Service Fee | 2600-000 |  | $62.15 | $38,462.65 |
| 12/15/2024 |  | R Newhouse, Trustee | Refund on Check# 1002 | 2300-002 |  | ($13.63) | $38,476.28 |
|  |  |  | **TOTALS:** |  | $40,346.54 | $1,870.26 | $38,476.28 |
|  |  |  | Less: Bank transfers/CDs |  | $1,495.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $38,851.54 | $1,870.26 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $38,851.54 | $1,870.26 |  |

| For the period of 03/06/2020 to 01/08/2025 |  | For the entire history of the account between 07/22/2020 to 1/8/2025 |  |
|---|---|---|---|
| Total Compensable Receipts: | $38,851.54 | Total Compensable Receipts: | $38,851.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,851.54 | Total Comp/Non Comp Receipts: | $38,851.54 |
| Total Internal/Transfer Receipts: | $1,495.00 | Total Internal/Transfer Receipts: | $1,495.00 |
| Total Compensable Disbursements: | $1,870.26 | Total Compensable Disbursements: | $1,870.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,870.26 | Total Comp/Non Comp Disbursements: | $1,870.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| | | |
|---|---|---|
| **Case No.** | 20-41031 | |
| **Case Name:** | Pinebreeze Technologies Inc. | |
| **Primary Taxpayer ID #:** | **-***8749 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 03/06/2020 | |
| **For Period Ending:** | 01/08/2025 | |

| | |
|---|---|
| **Trustee Name:** | Roddrick B. Newhouse |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******3101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $23,530,394.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $40,346.54 | $1,870.26 | $38,476.28 |

**For the period of 03/06/2020 to 01/08/2025**

| | |
|---|---|
| Total Compensable Receipts: | $40,346.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,346.54 |
| Total Internal/Transfer Receipts: | $1,495.00 |
| | |
| Total Compensable Disbursements: | $1,870.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,870.26 |
| Total Internal/Transfer Disbursements: | $1,495.00 |

**For the entire history of the account between 07/22/2020 to 1/8/2025**

| | |
|---|---|
| Total Compensable Receipts: | $40,346.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,346.54 |
| Total Internal/Transfer Receipts: | $1,495.00 |
| | |
| Total Compensable Disbursements: | $1,870.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,870.26 |
| Total Internal/Transfer Disbursements: | $1,495.00 |

/s/ RODDRICK B. NEWHOUSE

RODDRICK B. NEWHOUSE